# UNITED STATES DISTRICT COURT

**CASE NO.: 07–271**

## AFFIDAVIT OF SERVICE

**JOE GANO**

Plaintiff/Petitioner,

vs.

**DONALD MARK EHART AND SPREAD EAGLE, INC.**

Defendant/Respondent.

______________________________/

Received by **D.M. Professional Services, Inc.** on **05/23/2007** at **01:56 PM** to be served upon:

**DONALD MARK EHART AND SPREAD EAGLE, INC.**

**DELAWARE**
**NEW CASTLE, KENT, SUSSEX** ss.

I, **ROBERT DELACY, JR.**, depose and say that:

On **05/31/2007** at **12:40 PM**, I served the within **SUMMONS AND COMPLAINT** on **DONALD MARK EHART AND SPREAD EAGLE, INC.** at **OUTSIDE FAMILY COURT, COURTHOUSE, 500 KING STREET, WILMINGTON, DE 19801** in the manner indicated below:

PERSONAL SERVICE: By personally delivering to and leaving same with said individual and that deponent knew such individual to the the Defendant/Respondent named herein.

Description of person served:
**Sex: Male – Age: 40'S – Skin: White – Hair: Salt/Pepper – Height: SEATED – Weight: 190 LBS**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this 31 day of May, 2007

Sworn to and subscribed before me on this 31 day of May, 2007 by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

ANNE M. FRANCIA
MY COMMISSION EXPIRES MARCH 14, 2011
NOTARY PUBLIC
STATE OF DELAWARE

X
ROBERT DELACY, JR.
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE 19809

800.966.3624
Law Firm: **FOX, ROTHSCHILD, OBRIEN &FRANKEL, L.L.P.**
Atty File#: - Our File# **16236**