IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOE GANO<br>　　　　　Plaintiff<br>　　v.<br><br>DONALD MARK EHART AND<br>SPREAD EAGLE, INC., a Delaware<br>Corporation formerly known as Red<br>Eagle Avionics, Inc.<br>　　　　　Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO. 07-271 |

## MOTION FOR JUDGMENT BY DEFAULT

Pursuant to U.S. District Court Rule 55(b), Plaintiff, Joe Gano, requests the entry of default judgment against the Defendants, Donald Mark Ehart and Spread Eagle, Inc., a Delaware Corporation formerly known as Red Eagle Avionics, Inc.

The grounds for the motion are as follows:

1. The Plaintiff filed the above action on May 18, 2007, with regard to the sale of corporate assets.

2. The Summons and Complaint were served personally by process server on May 31, 2007.

3. Defendant has failed to answer or otherwise plead.

WHEREFORE, the undersigned respectfully requests that the Court enter the attached Order entering judgment by default in favor of Plaintiff, Joe Gano, and against the Defendants, Donald Mark Ehart and Spread Eagle, Inc., a Delaware Corporation formerly known as Red Eagle Avionics, Inc. in the minimum amount of $1,152,069.40 plus interest, additional damages, and equitable relief to be determined after hearing.

**FOX ROTHSCHILD LLP**

BY: /s Sophia Siddiqui (I.D. No. 4914)
Sophia Siddiqui, Esquire (I.D. No. 4914)
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 654-7444
(302) 656-8920 (facsimile)


Wendy G. Rothstein, Esquire (To be admitted Pro Hac Vice)
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431
(215) 699-6000
(215) 699-0231 (facsimile)

-and-

Todd B. Nurick, Esquire ( To Be Admitted Pro Hac Vice)
**NURICK LAW GROUP**
111 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 238-9000
(610) 238-9977 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO<br>           Plaintiff<br>v.<br>DONALD MARK EHART AND<br>SPREAD EAGLE, INC., a Delaware<br>Corporation formerly known as Red<br>Eagle Avionics, Inc.<br>           Defendant | NO. 07-271 |

## **ORDER**

AND NOW, TO WIT, this _____ day of _____, 2007, the Court having been presented with Plaintiff's Motion for Judgment by Default,

IT IS HEREBY ORDERED that the judgment by default shall be entered in favor of Plaintiff, Joe Gano, and against the Defendants, Donald Mark Ehart and Spread Eagle, Inc., a Delaware Corporation formerly known as Red Eagle Avionics, Inc., in the minimum amount of $1,152,069.40 plus interest, additional damages, and equitable relief to be determined after hearing.

BY THE COURT:

_____
J

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Judgment by Default were served this 27th day of June, 2007, via federal express, upon the following individuals:

Spread Eagle, Inc.
c/o Donald Mark Ehart
795 Union Church Road
Townsend, DE 19734

Donald Mark Ehart
12514 Ashdown Dr.
Odessa, FL 33556

/s/ Sophia Siddiqui
Sophia Siddiqui, Esquire (#4914)