IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>DONALD MARK EHART and <br>SPREAD EAGLE, INC., a Delaware <br>Corporation formerly known as Red <br>Eagle Avionics, Inc., <br><br>　　　　Defendants. | ) <br>) <br>) <br>) <br>) <br>)　No. 07-271 <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Wendy G. Rothstein of Fox Rothschild LLP, 1250 South Broad Street, Lansdale, Pennsylvania 19446, and Todd B. Nurick of Nurick Law Group, 111 West Germantown Pike, Plymouth Meeting, Pennsylvania 19462, to represent Plaintiff, Joe Gano, as co-counsel in the above-captioned matter.

　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP


　　　　　　　　　　　　　　　　By:___/s/ Sophia Siddiqui (#4914)___
　　　　　　　　　　　　　　　　　　Sophia Siddiqui, Esquire (#4914)
　　　　　　　　　　　　　　　　　　Citizens Bank Center
　　　　　　　　　　　　　　　　　　Suite 1300
　　　　　　　　　　　　　　　　　　919 North Market Street
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801-2323
　　　　　　　　　　　　　　　　　　Phone: (302) 622-411
　　　　　　　　　　　　　　　　　　Fax: (302) 656-8920
　　　　　　　　　　　　　　　　　　E-mail: ssiddiqui@foxrothschild.com

　　　　　　　　　　　　　　　　**Attorney for Plaintiff, Joe Gano**

Dated: June 27, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-271 |
| | ) |
| DONALD MARK EHART and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red | ) |
| Eagle Avionics, Inc., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION

AND NOW, this _____ day of June, 2007, it is hereby ORDERED that the motion for admission *pro hac vice* of Wendy G. Rothstein and Todd B. Nurick is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: June 27, 2007

*Wendy G. Rothstein* (signature)
Wendy G. Rothstein
Fox Rothschild LLP
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431
Phone: (215) 699-6000
E-mail: wrothstein@foxrothschild.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

- ☐ has been paid to the Clerk of the Court
- ☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: June 27, 2007

Todd B. Nurick, Esquire
Nurick Law Group
111 West Germantown Pike
Plymouth Meeting, PA 19462
Phone: (610) 238-9000
E-mail: todd.nurick@nuricklawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 27th day of June, 2007, via U.S. Mail, postage pre-paid, upon the following individuals:

    Spread Eagle, Inc.
    c/o Donald Mark Ehart
    795 Union Church Road
    Townsend, DE 19734

    Donald Mark Ehart
    12514 Ashdown Dr.
    Odessa, FL 33556

                                         /s/ Sophia Siddiqui
                                      Sophia Siddiqui, Esquire (#4914)