**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOE GANO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 07-271 |
| v. | ) | |
| | ) | |
| DONALD MARK EHART, and | ) | |
| SPREAD EAGLE, INC., a Delaware | ) | |
| Corporation formerly known as Red Eagle | ) | |
| Avionics, Inc. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Cross & Simon, LLC hereby enters their appearance

as counsel for the defendants, Donald Mark Ehart and Spread Eagle, Inc., a Delaware

Corporation formerly known as Red Eagle Avionics, Inc., in the above captioned proceeding.

PLEASE TAKE FURTHER NOTICE that all notices given or required to be given,

and all papers served or required to be served, in this proceeding, be given to and served on:

> Richard H. Cross, Jr., Esquire
> John D. Wallen, Esquire
> Cross & Simon, LLC
> 913 North Market Street, 11th Floor
> P.O. Box 1380
> Wilmington, DE 19899-1380
> (302) 777-4200
> Fax (302) 777-4224

PLEASE TAKE FURTHER NOTICE that the party filing this document intends that

neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive

(1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy,

or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs,

or recoupments to which they are or may be entitled under agreements, in law, in equity, or

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are

expressly reserved.

Dated:  Dated: June 29, 2007                    CROSS & SIMON, LLC
        Wilmington, Delaware


                                                By:    /s/ John D. Wallen
                                                     Richard H. Cross, Jr. (No. 3576)
                                                     John D. Wallen (No. 4319)
                                                     913 N. Market Street, 11th Floor
                                                     P.O. Box 1380
                                                     Wilmington, Delaware 19899-1380
                                                     (302) 777-4200
                                                     (302) 777-4224 (facsimile)

**<u>CERTIFICATE OF SERVICE</u>**

I, John D. Wallen, hereby certify that on June 29, 2007, I caused to be served a

copy of Entry of Appearance upon the following parties listed below in the manner

indicated:

| | |
|---|---|
| **<u>VIA HAND DELIVERY</u>**<br><br>Sophia Siddiqui, Esquire<br>Gregory B. Williams, Esquire<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE  19899-2323<br><br>**<u>VIA FIRST CLASS MAIL</u>**<br><br>Todd B. Nurick, Esquire<br>Nurick Law Group<br>111 West Germantown Pike<br>Plymouth Meeting, PA 19462 | **<u>VIA FIRST CLASS MAIL</u>**<br><br>Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>1250 South Broad Street<br>P.O. Box 431<br>Lansdale, PA  19446-0341 |

      /s/ John D. Wallen
      John D. Wallen (No. 4319)