# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, ) | |
| ) | |
| Plaintiff ) | Case No. 07-271 |
| v. ) | |
| ) | |
| DONALD MARK EHART, and ) | |
| SPREAD EAGLE, INC., a Delaware ) | |
| Corporation formerly known as Red Eagle ) | |
| Avionics, Inc. ) | |

## NOTICE OF SERVICE

I, John D. Wallen, hereby certify that on July 10, 2007, I caused to be served a copy of

Entry of Appearance upon the following parties listed below in the manner indicated:

| **VIA ELECTRONIC NOTIFICATION** | **VIA FIRST CLASS MAIL** |
|---|---|
| Sophia Siddiqui, Esquire | Wendy G. Rothstein, Esquire |
| Gregory B. Williams, Esquire | Fox Rothschild LLP |
| Fox Rothschild LLP | 1250 South Broad Street |
| Citizens Bank Center | P.O. Box 431 |
| 919 N. Market Street, Suite 1300 | Lansdale, PA  19446-0341 |
| P.O. Box 2323 | |
| Wilmington, DE  19899-2323 | |
| | |
| **VIA FIRST CLASS MAIL** | |
| Todd B. Nurick, Esquire | |
| Nurick Law Group | |
| 111 West Germantown Pike | |
| Plymouth Meeting, PA 19462 | |

Dated:  Dated: July 10, 2007        CROSS & SIMON, LLC
        Wilmington, Delaware

                                By:  /s/  John D. Wallen
                                    Richard H. Cross, Jr. (No. 3576)
                                    John D. Wallen (No. 4319)
                                    913 N. Market Street, 11th Floor
                                    Wilmington, Delaware 19801
                                    (302) 777-4200
                                    (302) 777-4224 (facsimile)