IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO,                                    : | |
| : | |
| Plaintiff,         : | |
| : | |
| v.                                                     : | C. A. No. 07-271-*** |
| : | |
| DONALD MARK EHART and SPREAD  : | |
| EAGLE, INC., a Delaware corporation | |
| formerly known as Red Eagle Avionics, : | |
| Inc.,                                             : | |
| : | |
| Defendants.       : | |

## ORDER

At Wilmington this **17th** day of **July, 2007**.

For the reasons discussed during the teleconference of July 17, 2007,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's motion for default judgment (D.I. 5) is DENIED.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE