IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff | ) Case No. 07-271 |
| v. | ) |
| | ) |
| DONALD MARK EHART, and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red Eagle | ) |
| Avionics, Inc. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Tara M. DiRocco, Esq. hereby enters her appearance for Defendants Donald Mark Ehart and Spread Eagle, Inc., and John D. Wallen, Esq. hereby withdraws as counsel. Richard H. Cross, Jr., Esq., who previously entered his appearance on behalf of Defendants, will remain as counsel.

CROSS & SIMON, LLC

_____
Richard H. Cross, Jr. (No. 3576)
Tara M. DiRocco (No. 4699)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)
Dated: August 8, 2007          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Tara M. DiRocco, hereby certify that on August 8, 2007, I caused to be served a copy of the Substitution of Counsel upon the following parties listed below in the manner indicated:

| **VIA HAND DELIVERY**<br><br>Sophia Siddiqui, Esquire<br>Gregory B. Williams, Esquire<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br><br>**VIA FIRST CLASS MAIL**<br><br>Todd B. Nurick, Esquire<br>Nurick Law Group<br>111 West Germantown Pike<br>Plymouth Meeting, PA 19462 | **VIA FIRST CLASS MAIL**<br><br>Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>1250 South Broad Street<br>P.O. Box 431<br>Lansdale, PA 19446-0341 |
|---|---|

_____
Tara M. DiRocco (No. 4699)