IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOE GANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-271 |
| | ) | |
| DONALD MARK EHART and | ) | |
| SPREAD EAGLE, INC., a Delaware | ) | |
| Corporation formerly known as Red | ) | |
| Eagle Avionics, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 27th day of September, 2007, *Plaintiff's Rule 26(a)(1) Initial Disclosures* was served upon the following counsel of record by hand delivery and U.S. Mail:

John D. Wallen, Esquire
Richard H. Cross, Jr., Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

By: /s/ Sophia Siddiqui (I.D. No. 4914)
Sophia Siddiqui, Esquire (I.D. No. 4914)
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 654-7444
(302) 656-8920 (facsimile)

- Of Counsel -

Wendy G. Rothstein, Esquire (Adm. Pro Hac Vice)
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431
(215) 699-6000
(215) 699-0231 (facsimile)

WM1A 115254v1 09/27/07

>    -and-
>
>    Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
>    **NURICK LAW GROUP**
>    111 West Germantown Pike
>    Plymouth Meeting, PA 19462
>    (610) 238-9000
>    (610) 238-9977 (facsimile)
>
>    Attorneys for Plaintiffs,
>    *David Cannavo and Red Eagle Avionics, LLC*

Dated: September 27, 2007