IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, )<br>)<br>      Plaintiff )<br>v. )<br>)<br>DONALD MARK EHART, and )<br>SPREAD EAGLE, INC., a Delaware )<br>Corporation formerly known as Red Eagle )<br>Avionics, Inc. ) | Case No. 07-271 |

### NOTICE OF SERVICE

I, Richard H. Cross, Jr., hereby certify that on September 28, 2007, I caused to be served a copy of Defendants' Initial Disclosures upon the following parties listed below in the manner indicated:

| VIA HAND DELIVERY & EMAIL | VIA FIRST CLASS MAIL |
|---|---|
| Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br><br>**VIA FIRST CLASS MAIL & EMAIL**<br>Todd B. Nurick, Esquire<br>Nurick Law Group<br>111 West Germantown Pike<br>Plymouth Meeting, PA 19462 | Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>1250 South Broad Street<br>P.O. Box 431<br>Lansdale, PA 19446-0341 |

Dated: Dated: October 1, 2007
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Richard H. Cross, Jr.
Richard H. Cross, Jr. (No. 3576)
913 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 777-4200
(302) 777-4224 (facsimile)
rcross@crosslaw.com
Counsel for Defendants