IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO,<br><br>　　　　Plaintiff<br><br>v.<br><br>DONALD MARK EHART, and<br>SPREAD EAGLE, INC., a Delaware<br>Corporation formerly known as Red Eagle<br>Avionics, Inc. | )<br>)<br>)　Case No. 07-271<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Richard H. Cross, Jr., hereby certify that on September 28, 2007, I caused to be served a copy of Defendants' First Set of Request for Production directed to Plaintiff upon the following parties listed below in the manner indicated:

| **VIA HAND DELIVERY & EMAIL**<br>Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br><br>**VIA FIRST CLASS MAIL & EMAIL**<br>Todd B. Nurick, Esquire<br>Nurick Law Group<br>111 West Germantown Pike<br>Plymouth Meeting, PA 19462 | **VIA FIRST CLASS MAIL**<br>Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>1250 South Broad Street<br>P.O. Box 431<br>Lansdale, PA 19446-0341 |

Dated: Dated: October 1, 2007
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　CROSS & SIMON, LLC

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Richard H. Cross, Jr. (No. 3576)
　　　　　　　　　　　　　　　913 N. Market Street, 11th Floor
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　(302) 777-4200
　　　　　　　　　　　　　　　(302) 777-4224 (facsimile)
　　　　　　　　　　　　　　　rcross@crosslaw.com
　　　　　　　　　　　　　　　Counsel for Defendants