IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, ) | |
| ) | |
| Plaintiff ) | Case No. 07-271 |
| v. ) | |
| ) | |
| DONALD MARK EHART, and ) | |
| SPREAD EAGLE, INC., a Delaware ) | |
| Corporation formerly known as Red Eagle ) | |
| Avionics, Inc. ) | |

## NOTICE OF SERVICE

I, Richard H. Cross, Jr., hereby certify that on September 28, 2007, I caused to be served a copy of Defendants' First Set of Interrogatories directed to Plaintiff upon the following parties listed below in the manner indicated:

| **VIA HAND DELIVERY & EMAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| Wendy G. Rothstein, Esquire | Wendy G. Rothstein, Esquire |
| Fox Rothschild LLP | Fox Rothschild LLP |
| Citizens Bank Center | 1250 South Broad Street |
| 919 N. Market Street, Suite 1300 | P.O. Box 431 |
| P.O. Box 2323 | Lansdale, PA 19446-0341 |
| Wilmington, DE 19899-2323 | |
| | |
| **VIA FIRST CLASS MAIL & EMAIL** | |
| Todd B. Nurick, Esquire | |
| Nurick Law Group | |
| 111 West Germantown Pike | |
| Plymouth Meeting, PA 19462 | |

Dated: Dated: October 1, 2007
      Wilmington, Delaware

CROSS & SIMON, LLC

By: _/s/ Richard H. Cross_____
Richard H. Cross, Jr. (No. 3576)
913 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 777-4200
(302) 777-4224 (facsimile)
rcross@crosslaw.com
Counsel for Defendants