IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-271 |
| | ) |
| DONALD MARK EHART and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red | ) |
| Eagle Avionics, Inc., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 1st day of October, 2007, *Plaintiff's Interrogatories Directed to Defendants and Plaintiff's Request for Production of Documents Directed to Defendants* were served upon the following counsel of record by facsimile, hand delivery and U.S. Mail:

Richard H. Cross, Jr., Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

By: /s/ Sophia Siddiqui (I.D. No. 4914)
Sophia Siddiqui, Esquire (I.D. No. 4914)
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 654-7444
(302) 656-8920 (facsimile)

- Of Counsel -

Wendy G. Rothstein, Esquire (Adm. Pro Hac Vice)
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431

(215) 699-6000
(215) 699-0231 (facsimile)

-and-

Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
**NURICK LAW GROUP**
111 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 238-9000
(610) 238-9977 (facsimile)

Attorneys for Plaintiffs,
*David Cannavo and Red Eagle Avionics, LLC*

Dated: October 2, 2007