

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com


Sophia Siddiqui
Direct Dial: (302) 622-4278
Email Address: ssiddiqui@foxrothschild.com

October 5, 2007

**VIA ELECTRONIC FILING**

Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

Re:   <u>Joe Gano v. Donald Mark Ehart and Spread Eagle, Inc., a Delaware Corporation Formerly Known As Red Eagle Avionics, Inc., C.A. No. 07-271</u>

Dear Judge Thynge:

As per the Court's Scheduling Order, this letter will serve as the parties' joint interim status report in the above matter.

To date, the parties have exchanged their Rule 26(a) disclosures and both sides have served written discovery upon the other side. Depositions have been scheduled, and counsel anticipates that all discovery will be completed by the October 31, 2007 discovery deadline. There are no discovery disputes at this time.

Counsel is available at Your Honor's convenience to answer any questions.

                                              Respectfully submitted,

/s/ *Richard H. Cross, Jr. (No. 3576)*          /s/ *Sophia Siddiqui (No. 4914)*

Richard H. Cross, Jr., Esq.                    Sophia Siddiqui, Esq.
Counsel for Defendants                         Counsel for Plaintiff

cc:   Tara M. DiRocco, Esq.
      Wendy Rothstein, Esq.
      Todd Nurick, Esq.