IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, ) | |
| ) | |
| Plaintiff ) | Case No. 07-271 |
| v. ) | |
| ) | |
| DONALD MARK EHART, and ) | |
| SPREAD EAGLE, INC., a Delaware ) | |
| Corporation formerly known as Red Eagle ) | |
| Avionics, Inc. ) | |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Joe Gano on October 31, 2007 at 9:00 a.m. in the offices of the Cross & Simon, LLC, 913 N. Market Street, 11th Floor, Wilmington, DE 19801. The deposition will be recorded by stenographic means.

CROSS & SIMON, LLC

_/s/_

Richard H. Cross, Jr. (No. 3576)
Tara M. DiRocco (No. 4699)
913 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 777-4200
(302) 777-4224 (facsimile)
Counsel for Defendants

Dated: October 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, ) | |
| ) | |
| Plaintiff ) | Case No. 07-271 |
| v. ) | |
| ) | |
| DONALD MARK EHART, and ) | |
| SPREAD EAGLE, INC., a Delaware ) | |
| Corporation formerly known as Red Eagle ) | |
| Avionics, Inc. ) | |

**CERTIFICATE OF SERVICE**

I, Tara M. DiRocco, hereby certify that on October 8, 2007, a true and correct copy of the foregoing **NOTICE OF DEPOSITION** was served upon the following individual(s) as indicated.

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Sophia Siddiqui, Esquire | Wendy G. Rothstein, Esquire |
| Gregory B. Williams, Esquire | Fox Rothschild LLP |
| Sheldon K. Rennie, Esquire | 1250 South Broad Street |
| Fox Rothschild LLP | P.O. Box 431 |
| Citizens Bank Center | Lansdale, PA 19446-0341 |
| 919 N. Market Street, Suite 1300 | |
| P.O. Box 2323 | |
| Wilmington, DE 19899-2323 | |
| | |
| **VIA FIRST CLASS MAIL** | |
| Todd B. Nurick, Esquire | |
| Nurick Law Group | |
| 111 West Germantown Pike | |
| Plymouth Meeting, PA 19462 | |

CROSS & SIMON, LLC

Richard H. Cross, Jr. (No. 3576)
Tara M. DiRocco (No. 4699)
913 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 777-4200
(302) 777-4224 (facsimile)
Counsel for Defendants

Dated: October 8, 2007