IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-271 |
| | ) |
| DONALD MARK EHART and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red | ) |
| Eagle Avionics, Inc., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the undersigned shall take the deposition Donald Mark Ehart at the offices of Fox Rothschild LLP, 919 N. Market St., Suite 1300, Wilmington, DE 19801 on October 25, 2007 at 9:00 am. The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and will be recorded by stenographic means.

By:   /s/ Sophia Siddiqui (I.D. No. 4914)
Sophia Siddiqui, Esquire (I.D. No. 4914)
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 654-7444
(302) 656-8920 (facsimile)


- Of Counsel -

Wendy G. Rothstein, Esquire (Adm. Pro Hac Vice)
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431
(215) 699-6000
(215) 699-0231 (facsimile)

-and-

          Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
          **NURICK LAW GROUP**
          111 West Germantown Pike
          Plymouth Meeting, PA 19462
          (610) 238-9000
          (610) 238-9977 (facsimile)

          Attorneys for Plaintiffs,
          *David Cannavo and Red Eagle Avionics, LLC*

Dated: October 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-271 |
| | ) |
| DONALD MARK EHART and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red | ) |
| Eagle Avionics, Inc., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on this 9th day of October, 2007, the foregoing *Notice of Deposition and Notice of Service* were served upon the following counsel of record by electronic filing and U.S. Mail:

Richard H. Cross, Jr., Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

By:   */s/ Sophia Siddiqui (I.D. No. 4914)*
Sophia Siddiqui, Esquire (I.D. No. 4914)
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 654-7444
(302) 656-8920 (facsimile)

- Of Counsel -

Wendy G. Rothstein, Esquire (Adm. Pro Hac Vice)
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431
(215) 699-6000
(215) 699-0231 (facsimile)

-and-

Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
**NURICK LAW GROUP**
111 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 238-9000
(610) 238-9977 (facsimile)

Attorneys for Plaintiffs,
*David Cannavo and Red Eagle Avionics, LLC*

Dated: October 9, 2007