IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO,<br><br>      Plaintiff,<br><br>v.<br><br>DONALD MARK EHART and<br>SPREAD EAGLE, INC., a Delaware<br>Corporation formerly known as Red<br>Eagle Avionics, Inc.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 07-271<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that the undersigned shall take the deposition of following individual at the date and time listed below at the offices of Fox Rothschild LLP, 919 N. Market St., Suite 1300, Wilmington, DE 19801. The depositions shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and will be recorded by stenographic means.

Daniel Brousseau         October 18, 2007 at 9:00 a.m.

The witness is to bring the following documents with him to the deposition: all original accounting files and work papers for Red Eagle Avionics Inc. and Donald Ehart for the time period January 1, 2002 to present.

            By:  /s/ Sophia Siddiqui (I.D. No. 4914)
                Sophia Siddiqui, Esquire (I.D. No. 4914)
                919 N. Market Street, Suite 1300
                Wilmington, DE 19899-2323
                (302) 654-7444
                (302) 656-8920 (facsimile)

                - Of Counsel -

        Wendy G. Rothstein, Esquire (Adm. Pro Hac Vice)
        1250 South Broad Street
        P.O. Box 431
        Lansdale, PA 19446-0431
        (215) 699-6000
        (215) 699-0231 (facsimile)

            -and-

        Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
        **NURICK LAW GROUP**
        111 West Germantown Pike
        Plymouth Meeting, PA 19462
        (610) 238-9000
        (610) 238-9977 (facsimile)

        Attorneys for Plaintiffs,
        *David Cannavo and Red Eagle Avionics, LLC*

Dated: October 17, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
|        Plaintiff, | ) ) ) |
| v. | ) No. 07-271 ) |
| DONALD MARK EHART and SPREAD EAGLE, INC., a Delaware Corporation formerly known as Red Eagle Avionics, Inc., | ) ) ) ) ) ) |
|        Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on this 17th day of October, 2007, the foregoing *Notice of Deposition Duces Tecum and Notice of Service* were served upon the following counsel of record by electronic filing and hand delivery:

Richard H. Cross, Jr., Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

By:   /s/ Sophia Siddiqui (I.D. No. 4914)
       Sophia Siddiqui, Esquire (I.D. No. 4914)
       919 N. Market Street, Suite 1300
       Wilmington, DE 19899-2323
       (302) 654-7444
       (302) 656-8920 (facsimile)

       - Of Counsel -

       Wendy G. Rothstein, Esquire (Adm. Pro Hac Vice)
       1250 South Broad Street
       P.O. Box 431
       Lansdale, PA 19446-0431
       (215) 699-6000
       (215) 699-0231 (facsimile)

-and-

Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
**NURICK LAW GROUP**
111 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 238-9000
(610) 238-9977 (facsimile)

Attorneys for Plaintiffs,
*David Cannavo and Red Eagle Avionics, LLC*

Dated: October 17, 2007