IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD MARK EHART, and<br>SPREAD EAGLE, INC., a Delaware<br>Corporation formerly known as Red Eagle<br>Avionics, Inc.<br><br>        Defendants. | Case No. 07-271 |

## NOTICE OF SERVICE

I, Tara M. DiRocco, hereby certify that on October 31, 2007, I caused to be served a copy of **Defendants' Responses to First Request for Production of Documents and Interrogatories of Plaintiff Joseph Gano Directed to Defendants** upon the following parties listed below in the manner indicated:

| **VIA FIRST CLASS MAIL**<br>Sophia Siddiqui, Esquire<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br><br>**VIA FIRST CLASS MAIL**<br>Todd B. Nurick, Esquire<br>Nurick Law Group<br>111 West Germantown Pike<br>Plymouth Meeting, PA 19462 | **VIA FIRST CLASS MAIL**<br>Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>1250 South Broad Street<br>P.O. Box 431<br>Lansdale, PA 19446-0341 |
|---|---|

CROSS & SIMON, LLC

_____
Richard H. Cross, Jr. (No. 3576)
Tara M. DiRocco (No. 4699)
913 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 777-4200
(302) 777-4224 (facsimile)
tdirocco@crosslaw.com
Counsel for Defendants

Dated: October 31, 2007

## CERTIFICATE OF SERVICE

I, Tara M. DiRocco, hereby certify that on October 31, 2007 a true and correct copy of the Notice of Service was served upon the following individuals in the manner indicated.

| **VIA FIRST CLASS MAIL**<br>Sophia Siddiqui, Esquire<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE  19899-2323<br><br>**VIA FIRST CLASS MAIL**<br>Todd B. Nurick, Esquire<br>Nurick Law Group<br>111 West Germantown Pike<br>Plymouth Meeting, PA 19462 | **VIA FIRST CLASS MAIL**<br>Wendy G. Rothstein, Esquire<br>Fox Rothschild LLP<br>1250 South Broad Street<br>P.O. Box 431<br>Lansdale, PA  19446-0341 |
|---|---|

_____
Tara M. DiRocco (No. 4699)