IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 07-271-*** |
| | : |
| DONALD MARK EHART and SPREAD EAGLE, INC., a Delaware corporation formerly known as Red Eagle Avionics, Inc., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **5th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, November 13, 2007 at 9:00 a.m.** with Judge Thynge. **Sophia Siddiqui, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE