IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO<br>　　　　Plaintiff,<br>v.<br><br>DONALD MARK EHART and<br>SPREAD EAGLE, INC., a Delaware<br>Corporation formerly known as Red<br>Eagle Avionics, Inc.,<br><br>　　　　Defendants. | :<br>:<br>:　NO. 07-271<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER TO EXTEND DISCLOSURE OF EXPERT TESTIMONY AND EXPERT DISCOVERY DEADLINE

IT IS HEREBY stipulated and agreed, this 21st day of November, 2007, between the parties, by and through their undersigned counsel, subject to the approval of the Court, that Plaintiff's disclosure of expert testimony and dates and times of their expert's availability for deposition due November 23, 2007, shall now be filed on or before December 17, 2007, and Defendants' disclosure of expert testimony and dates and times of their expert's availability for deposition shall now be filed on or before January 10, 2008. The expert discovery deadline due to expire on January 11, 2008, subject to the approval of the Court, shall now expire on January 31, 2008.

FOX ROTHSCHILD LLP

By:   /s/ Sophia Siddiqui (I.D. No. 4914)
　　　Gregory B. Williams, Esquire (I.D. No. 4195 )
　　　Sheldon K. Rennie, Esquire (I.D. No. 3772)
　　　Sophia Siddiqui, Esquire (I.D. No. 4914)
　　　**FOX ROTHSCHILD LLP**
　　　919 N. Market Street, Suite 1300
　　　Wilmington, DE 19899-2323
　　　(302) 654-7444
　　　(302) 656-8920 (facsimile)

-and-

Wendy G. Rothstein, Esquire (Admitted Pro Hac Vice)
**FOX ROTHSCHILD LLP**
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431
(215) 699-6000
(215) 699-0231 (facsimile)

-and-

Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
**NURICK LAW GROUP**
111 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 238-9000
(610) 238-9977 (facsimile)
*Attorneys for Plaintiff*

**CROSS & SIMON, LLC**

By:   */s/ Tara M. DiRocco (I.D. No. 4699)*
Tara M. DiRocco, Esquire (I.D. No. 4699)
Richard H. Cross, Esquire (I.D. No. 3576)
913 N. Market St., 11th Floor
Wilmington, DE 19899
*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of November, 2007.

_____
United States Magistrate Judge Mary Pat Thynge