IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | : |
|       Plaintiff, | : |
| v. | :   C. A. No. 07-271-*** |
| DONALD MARK EHART and SPREAD EAGLE, INC., a Delaware corporation formerly known as Red Eagle Avionics, Inc., | : |
|       Defendants. | : |

## ORDER

At Wilmington this **26th** day of **November, 2007**.

A telephonic conference was held on November 13, 2007, which addressed the request for a protective order filed by the Family Court regarding the production of records regarding divorce, property division and support proceedings, which relate to the financial condition of defendant Ehart. The conference also addressed plaintiff's request to compel production of such information from defendants. As a result,

IT IS ORDERED that the rulings made during the teleconference serves as an Order of the Court in this matter.

IT IS FURTHER ORDERED that counsel is to modify the proposed protective order consistent with the rulings made during the teleconference and to submit the modified protective order to the Court for review.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE