IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-271 |
| | ) |
| DONALD MARK EHART and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red | ) |
| Eagle Avionics, Inc., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 21st day of January, 2008, *Plaintiff's Responses to Request for Production of Documents and Responses to Interrogatories* were served upon the following counsel of record by electronic mail:

Richard H. Cross, Jr., Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

By:   /s/ Sophia Siddiqui (I.D. No. 4914)
Sophia Siddiqui, Esquire (I.D. No. 4914)
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
(302) 654-7444
(302) 656-8920 (facsimile)

- Of Counsel -

Wendy G. Rothstein, Esquire (Adm. Pro Hac Vice)
1250 South Broad Street
P.O. Box 431
Lansdale, PA 19446-0431
(215) 699-6000
(215) 699-0231 (facsimile)

                          -and-

                   Todd B. Nurick, Esquire (Admitted Pro Hac Vice)
                   **NURICK LAW GROUP**
                   111 West Germantown Pike
                   Plymouth Meeting, PA 19462
                   (610) 238-9000
                   (610) 238-9977 (facsimile)

                   Attorneys for Plaintiffs,
                   *David Cannavo and Red Eagle Avionics, LLC*

Dated: January 22, 2008