# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-271 |
| | ) |
| DONALD MARK EHART and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red | ) |
| Eagle Avionics, Inc., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED that Defendants' Motion for Summary Judgment is hereby DENIED.

_____
Magistrate Judge Mary Pat Thynge