

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Sophia Siddiqui
Direct Dial: (302) 622-4278
Email Address: ssiddiqui@foxrothschild.com

February 8, 2007

**VIA ELECTRONIC FILING AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19899

Re:   **Joe Gano v. Donald Mark Ehart and Spread Eagle, Inc.**
      **Delaware District Court, C.A. No. 07-271-JJF**

Dear Judge Farnan:

   A settlement has been reached in regard to the above-captioned matter and a Stipulation of Dismissal should be filed in the near future. In the meantime, the parties respectfully request that the Court not take any action regarding the pending Motion for Summary Judgment.

   I am available at your Honor's convenience to answer any questions.

                           Respectfully,

   /s/ Sophia Siddiqui (#4914)    /s/ Richard H. Cross (#3567)

   Sophia Siddiqui                Richard H. Cross

cc:   Richard Cross, Esquire (via e-filing)
      Tara M. DiRocco, Esquire (via e-filing)
      Sheldon K. Rennie, Esquire
      Todd Nurick, Esquire
      Wendy Rothstein, Esquire

A Pennsylvania Limited Liability Partnership

California      Delaware      Florida      Nevada      New Jersey      New York      Pennsylvania