IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD MARK EHART and )<br>SPREAD EAGLE, INC., a Delaware )<br>Corporation formerly known as Red )<br>Eagle Avionics, Inc., )<br>)<br>Defendants. ) | No. 07-271 |

## STIPULATION OF DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

IT IS HEREBY stipulated and agreed by and between the parties, through their respective undersigned attorneys, that the above captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own costs in this matter.

| CROSS & SIMON | FOX ROTHSCHILD, LLP |
|---|---|
| BY: */s/ Richard H. Cross (#3576)* <br>Richard H. Cross, Jr. (#3576)<br>913 N. Market St.<br>Wilmington, DE 19805<br>*Attorney for Defendants* | BY: */s/ Sophia Siddiqui (#4914)*<br>Sophia Siddiqui, Esquire (#4914)<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19899<br>*Attorney for Plaintiff* |

SO ORDERED this _____ day of _____, 2008.

_____
J.