IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOE GANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-271 |
| | ) |
| DONALD MARK EHART and | ) |
| SPREAD EAGLE, INC., a Delaware | ) |
| Corporation formerly known as Red | ) |
| Eagle Avionics, Inc., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

IT IS HEREBY stipulated and agreed by and between the parties, through their respective undersigned attorneys, that the above captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own costs in this matter.

| **CROSS & SIMON** | **FOX ROTHSCHILD, LLP** |
|---|---|
| BY: /s/ Richard H. Cross (#3576) | BY: /s/ Sophia Siddiqui (#4914) |
| Richard H. Cross, Jr. (#3576) | Sophia Siddiqui, Esquire (#4914) |
| 913 N. Market St. | 919 North Market Street |
| Wilmington, DE 19805 | Suite 1300 |
| *Attorney for Defendants* | Wilmington, DE 19899 |
| | *Attorney for Plaintiff* |

SO ORDERED this ___5___ day of ___March___, 2008.

_____
J. Joseph J. Farnan